**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| FEDERAL TRADE COMMISSION, STATE OF ILLINOIS, COMMONWEALTH OF KENTUCKY, AND STATE OF NORTH CAROLINA, | |
| Plaintiffs, | Case No.: 1:13-cv-00578 |
| v. | Judge John W. Darrah |
| FORTUNE HI-TECH MARKETING, INC., FHTM, INC., ALAN CLARK HOLDINGS, LLC, FHTM CANADA, INC., FORTUNE NETWORK MARKETING (UK) LIMITED, PAUL C. ORBERSON, AND THOMAS A. MILLS, | Magistrate Arlander Keys |
| Defendants. | |

**MOTION TO TRANSFER VENUE**

Pursuant to 28 U.S.C. § 1404(a), Fortune Hi-Tech Marketing, Inc., FHTM, Inc., Alan Clark Holdings, LLC, FHTM Canada, Inc., Fortune Network Marketing (UK) Limited, Paul C. Orberson, and Thomas A. Mills (collectively, "Defendants"), respectfully move the Court to transfer venue to the Eastern District of Kentucky. This Motion is supported by the Memorandum in Support of Defendants' Motion to Transfer Venue ("Supporting Memorandum"), which is filed concurrently with this Motion and incorporated herein by reference.

WHEREFORE, for the reasons set forth in Defendants' Supporting Memorandum, Defendants respectfully request that the Court enter an order transferring this case to the Eastern District of Kentucky.

-2-

                                          Respectfully submitted,

FORTUNE HI-TECH MARKETING, INC., FHTM, INC., ALAN CLARK HOLDINGS, LLC, FHTM CANADA, INC., FORTUNE NETWORK MARKETING (UK) LIMITED, PAUL C. ORBERSON, AND THOMAS A. MILLS

/s/ *Jose A. Lopez*
One of Their Attorneys

Jose A. Lopez
Regina L. LaMonica
Caryn L. Trombino
Perkins Coie LLP
131 S. Dearborn Street, Suite 1700
Chicago, IL  60603
Tel: 312.324.8400
Fax: 312.324.9400
Email: JLopez@perkinscoie.com
       RLaMonica@perkinscoie.com
       CTrombino@perkinscoie.com

Stephen G. Amato
Jaron P. Blandford
Daniel Luke Morgan
McBrayer, McGinnis, Leslie
& Kirkland, PLLC
201 E. Main Street, Suite 900
Lexington, KY  40507
Tel: 859.554.4414
Fax: 859.231.6518
Email: SAmato@mmlk.com
       JBlandford@mmlk.com
       LMorgan@mmlk.com

Dated:  February 18, 2013

-3-

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing **Motion to Transfer Venue** was served upon all counsel of record this 18th day of February, 2013.

**Via CM/ECF Filing System**
David A. O'Toole
Rozina C. Bhimani
John C. Hallerud
Federal Trade Commission - Midwest Region
55 West Monroe Street, Suite 1825
Chicago, IL 60603

**Via Federal Express**
Adam Sokol
Assistant Attorney General
Office of the Illinois Attorney General
100 W. Randolph, 12th Floor
Chicago, IL 60601

**Via Federal Express**
Todd E. Leatherman
Executive Director
Office of the Kentucky Attorney General
1024 Capital Center Drive
Frankfort, KY 40601

**Via Federal Express**
Creecy C. Johnson
Assistant Attorney General
North Carolina Department of Justice
114 West Edenton Street
Raleigh, NC 27603

/s/ *Jose A. Lopez*
Jose A. Lopez