# UNITED STATES DISTRICT COURT
for the

Northern District of Illinois, Eastern Division

| | | |
|---|---|---|
| Federal Trade Commission et al | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No. 13 C 578 |
| Fortune Hi-Tech Marketing, Inc. et al | ) | |
| *Defendant* | ) | |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

X other: For the reasons stated in the Court's 5/1/13 memorandum opinion and order, Defendants' motion to to transfer venue is granted [45]. The case is transferred to the United States District Court for the Eastern District of Kentucky, and all pending proceedings are referred to that court.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

X decided by Judge Darrah on a motion to transfer venue.

Date: May 1, 2013

*Thomas G. Bruton, CLERK OF COURT*

*Melanie A. Foster*

*Signature of Clerk or Deputy Clerk*